**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7324**

---

JOSHUA ORTEL HATFIELD,

Petitioner - Appellant,

versus

ROBERT SMITH, Superintendent; MIKE EASLEY,
Attorney General, North Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Lacy H. Thornburg, District Judge. (CA-199-196-2)

---

Submitted: March 8, 2001            Decided: March 15, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Joshua Ortel Hatfield, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joshua Ortel Hatfield seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Hatfield's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. Hatfield v. Smith, No. CA-199-196-2 (W.D.N.C. Aug. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2